IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-218-BO
No. 5:15-CV-633-BO

| | |
|---|---|
| ERIC DEVON BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the motion of the Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including July 15, 2016, in which to file a supplemental briefing, and for Petitioner to have up to August 5, 2016, to file a supplemental response.

This 20 day of June, 2016.

_____
TERRENCE W. BOYLE
United States District Judge