IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-218-BO
No. 5:15-CV-633-BO

| | |
|---|---|
| ERIC DEVON BARNES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This cause comes before the Court *sua sponte*. The stay entered in this matter in light of *Beckles v. United States*, 137 S.Ct. 886 (2017), is hereby LIFTED. The parties are DIRECTED to file supplemental briefs addressing the effect of *Beckles* on petitioner's claims. The government shall file its brief not later than May 12, 2017, and petitioner shall respond not later than June 2, 2017.

SO ORDERED, this 26 day of April, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE