IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-218-BO
No. 5:15-CV-633-BO

| | | |
|---|---|---|
| ERIC DEVON BARNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This cause comes before the Court following petitioner's withdrawal of his motion pursuant to 28 U.S.C. § 2255. [DE 65]. In light of the foregoing, the government's motion to dismiss [DE 43] is DENIED AS MOOT. The clerk is DIRECTED to close civil case No. 5:15-CV-633-BO.

SO ORDERED, this _12_ day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE